AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| GEMANE NETTLES <br><br> *Plaintiff(s)* <br><br> v. <br><br> MAQBOL LLC, LA ABUNDANCIA BAKERY LLC, AND LA ABUNDANCIA BAKERY & RESTAURANT INC. <br><br> *Defendant(s)* | Civil Action No. 24-cv-05013-KAM-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maqbol LLC
C/O The Limited Liability Company
2344 National Drive
Brooklyn, New York 11234

***SEE ATTACHED RIDER FOR ADDITIONAL DEFENDANTS***

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maria-Constanza Barducci, Esq. (Bar No. 5070487)
Barducci Law Firm, PLLC
5 West 19 Street, 10th Floor
New York, New York 10011
(212) 433-2554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 7/19/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*



# RIDER             1:24-cv-05013-KAM-TAM

**Maqbol LLC**
**C/O The Limited Liability Company**
**2344 National Drive,**
**Brooklyn, New York 11234**


**La Abundancia Bakery LLC**
**C/O Britati Realty Inc.**
**87-10 97th Street,**
**Woodhaven, New York 11421**

**La Abundancia Bakery & Restaurant Inc.**
**C/O The Corporation**
**63-10 Broadway,**
**Woodside, New York 11377**